UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| AHRENS CONTRACTING, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 3:08-cv-00339-JPG-DGW |
| EAST ST. LOUIS SCHOOL DISTRICT #189 and BOARD OF EDUCATION OF EAST ST. LOUIS SCHOOL DISTRICT NO. 189, | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:** October 3, 2008

**NORBERT JAWORSKI, CLERK**

s/Brenda K. Lowe, Deputy Clerk

**APPROVED:** *s/ J. Phil Gilbert*
**U. S. DISTRICT JUDGE**